IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YURI KELWIM NOVAES DE OLIVEIRA  :        CIVIL ACTION
  :
       v.               :
  :
J.L. JAMISON, et al.       :        NO. 26-4891

ORDER

AND NOW, this 16th day of July 2026, it is hereby

ORDERED that petitioner Yuri Kelwim Novaes de Oliveira shall not

be transferred out of the Eastern District of Pennsylvania

pending further order of this court.


BY THE COURT:


/s/   Harvey Bartle III
                              J.